```
 1  CAMPEAU GOODSELL SMITH, L.C.
    SCOTT L. GOODSELL, #122223
 2  WILLIAM J. HEALY, #146158
    440 N. 1st St., #100
 3  San Jose, California  95113
    Telephone:  (408) 295-9555
 4
    ATTORNEYS FOR
 5  Debtor and Plaintiff
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>CORTE DE ROSA HOMES, LLC,<br><br>           Debtor.<br><br>CORTE DE ROSA HOMES, LLC,<br><br>           Plaintiff.<br><br>v.<br><br>VINEYARD BANK, N.A. and<br>CALIFORNIA BANK & TRUST.<br><br>           Defendants. | Case No. 11-53334<br><br>CHAPTER 11<br><br><br>Adversary Proceeding<br><br>No. 11-05206<br><br>**OPPOSITION TO MOTION**<br>**TO DISMISS COMPLAINT**<br><br>**Date: September 8, 2011**<br>**Time: 9:30 a.m.**<br>**Dept. 3099** |

      Plaintiff CORTE DE ROSA HOMES, LLC ("Corte" or "Plaintiff"), hereby submits the following response and opposition to California Bank & Trust's ("CBT") motion to dismiss complaint ("Motion"):

//

//

## I. The Motion Is Moot As Plaintiff Elected To Exercise Its Absolute Right To Amend The Complaint And Filed An Amended Complaint.

As a matter of law a party is entitled to amended his or her pleadings once as a matter of course at any time before a responsive pleading is served (Federal Rules of Civil Procedure, Rule 15(a) (hereinafter FRCP)). A motion to dismiss is not a responsive pleading under the federal rule governing amendment of pleading (Doe v. United States (9th Cir. 1995) 58 F.3d 494, 497; see FRCP 15 (a)). Thus, if a defendant asserts the defense of failure to state a claim in a motion to dismiss rather than an answer, the plaintiff has an absolute right to file an amended complaint without leave of court (FRCP 15 (a); Shaver v. Operating Engineer's Local 428 Pension Trust Fund (9th Cir. 2003) 332 F.3d 1198, 1201)

On September 6, 2011, Plaintiff filed a First Amended Complaint (Docket No. 11).

Accordingly, the Motion is moot and must be denied.

## II. Conclusion.

The Motion is moot and must be denied because Plaintiff exercised its right to file an amended complaint.

Dated: September 7, 2011

CAMPEAU GOODSELL SMITH
/s/ William J. Healy
By: William J. Healy
Attorney For Plaintiff